**DENY and Opinion Filed July 08, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00618-CV**

**IN RE GREYSTAR DEVELOPMENT & CONSTRUCTION, LP,**
**GABRIELLA NATIONWIDE, LLC AND GABRIELLA TOWER, LLC,**
**Relators**

**Original Proceeding from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-04006-B**

## MEMORANDUM OPINION

Before Justices Molberg, Pedersen, III, and Garcia
Opinion by Justice Molberg

In their June 23, 2022 petition for writ of mandamus, relators challenge the trial court's orders (1) granting real parties in interest's "Motion for Entry of Trial Schedule," and (2) compelling apex depositions for three top-level executives. Entitlement to mandamus relief requires relators to show that the trial court clearly abused its discretion and that they lack an adequate appellate remedy. *In re Copart, Inc.*, 619 S.W.3d 710, 713 (Tex. 2021) (orig. proceeding) (citing *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding)).

After reviewing the petition, real parties in interest's response, relators' reply, and the record, we conclude that relators have failed to show a clear abuse of

discretion. Accordingly, we deny the petition for writ of mandamus. *See* TEX. R.

APP. P. 52.8(a). We also lift the stay issued by our June 24, 2022 order.


/Ken Molberg//
KEN MOLBERG
220618f.p05                              JUSTICE